# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )  CRIMINAL NO. 23-CR-261(APM) |
| | ) |
| | ) |
| TERRY ALLEN | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the motion of Defendant ALLEN to suppress his oral statements given to law enforcement. Finding the motion is meritorious, it is

**ORDERED** that the motion to join is GRANTED/DENIED.

Signed this _____ day of _____, 2024.


_____
AMIT P. MEHTA
United States District Judge