**GOVERNMENT'S WITNESS LIST**

The United States of America expects to call the following witnesses to testify at trial in this matter:

1. United States Secret Service Inspector Lanelle Hawa
2. United States Capitol Police Lieutenant George McCree
3. United States Capitol Police Sergeant Timothy Lively
4. Metropolitan Police Department Sergeant Anthony Alioto
5. Federal Bureau of Investigation Special Agent Christian Reite