UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO. 23-cr-261 (APM)** |
| **TERRY ALLEN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING AMENDED EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits an amended exhibit list in connection with trial in the above-captioned matter, appended as Attachment 1. The United States has added Exhibits 311 and 904 and revised descriptions for Exhibits 313, 314, 401, 404, 802, 807, and 902.

[Signature on following page]

Page **1** of **2**

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By: /s/ *Hutton Marshall*
J. HUTTON MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office for the
District of Columbia
DC Bar No. 1721890
601 D Street N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov

KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
(202) 252-0872
Kathryn.Bolas@usdoj.gov