| Government | ✔ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

**United States v. Terry Allen**  Case No. 1:23-CR-00261 (APM)

**Amended Exhibit List**
**July 1, 2024**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **000 – U.S CAPITOL MAPS, RENDERINGS** | | | | | |
| 001 | Capitol Building - 3D Map | | | | |
| 002 | Capitol Model – Three-Quarter View | | | | |
| 003 | Capitol Building & Grounds - Aerial View | | | | |
| 004 | Capitol Building & Grounds - Restricted Perimeter Map | | | | |
|  | RESERVED | | | | |
| **100 SERIES – OVERVIEW CONGRESSIONAL PROCEEDING** | | | | | |
| 100 | Certification of Congressional Videos | | | | |
| 101 | US House & Senate Video Montage | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 102 | U.S. Constitution Amendment XII | | | | |
| 103 | 3 U.S.C. Section 15 | | | | |
| 104 | 3 U.S.C. Section 16 | | | | |
| 105 | 3 U.S.C. Section 17 | | | | |
| 106 | 3 U.S.C. Section 18 | | | | |
| 107 | Senate Concurrent Resolution | | | | |
| 108 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | | | |
| 109 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | | | |
| **200 SERIES – U.S CAPITOL POLICE CLOSED-CAPTION VIDEOS (CCTV)** | | | | | |
| 200 | Capitol building – West Front Time Lapse | | | | |
| 201 | CCV Montage | | | | |
| 202 | USCG 00 SW Drive Exit 2021-01-06_12h42min00s000ms | | | | |
| 203 | E USCD LA West Dome-2021-01-06_12h50min00s000ms | | | | |
| 204 | E USCH RF West Roof-2021-01-06_12h55min00s000ms | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 205 | E USCS RF West Roof-2021-01-06_13h30min00s000ms | | | | | |
| 206 | USCS RF West Roof-2021-01-06_12h30min00s000ms | | | | | |
| 206-A | USCS RF West Roof-2021-01-06_12h55min00s000ms | | | | | |
| 206-B | USCS RF West Roof-2021-01-06_13h22min00s000ms | | | | | |
| 206-C | USCS RF West Roof-2021-01-06_13h50min00s000ms | | | | | |
| 206-D | USCS RF West Roof-2021-01-06_13h22min00s000ms (Circle) | | | | | |
| 207 | USCP CCV Senate Members Stair | | | | | |
| 208 | USCP CCV Movement of Motorcade | | | | | |
| | RESERVED | | | | | |
| **300 SERIES – THIRD PARTY VIDEO** | | | | | | |
| 300 | DSC_0001 | | | | | |
| 300-A | DSC_0001 with E USCH RF West Roof-2021-01-06_12h55min00s000ms | | | | | |
| 301 | DSC_0002 | | | | | |
| 301-A | DSC_0002 with E USCH RF West Roof-2021-01-06_12h55min00s000ms | | | | | |
| 302 | DSC_0035 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 302-A | DSC_0035 with E USCH RF West Roof-2021-01-06_12h55min00s000ms | | | | |
| 303 | Westside – Third Party | | | | |
| 303-A | Westside – Third Party with E USCH RF West Roof-2021-01-06_12h55min00s000ms | | | | |
| 304 | NY Outcast (UCRr8pu5WjGip-4VSRQuez8Q) | | | | |
| 305 | Events at the Capitol in DC: An Eyewitness Account | | | | |
| 306 | coachdavelive.video - VOTER FRAUD! STOP THE STEAL! · Coach Dave LIVE Media.mp4 | | | | |
| 307 | YouTube \| Right America Media (UC0yPCU3aRSPagwJYMJ-uAxA) | | | | |
| 308 | Access2Activism | | | | |
| 309 | randy.newingham.1 - 3389544964505723.mp4 | | | | |
| 310 | Twitter \| ElijahSchaffer | | | | |
| 311 | Townhall's Frontline Footage of Capitol Building Riots | | | | |
| 312 | YouTube \| Buy GME (UC9OL3t6jIXPwGujBNoSA43w) | | | | |
| 313 | Prism Live (XrxSWFaBrqS4eYBHu) | | | | |
| 314 | West Front Stage (AFkukkLA5S2HD7uGR) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 315 | Trump Rally Speech | | | | |
| | RESERVED | | | | |
| **400 SERIES – BODY WORN CAMERA** | | | | | |
| 400 | M.C. BWC | | | | |
| 401 | J.H. BWC | | | | |
| 402 | A.M. BWC | | | | |
| 402-A | A.M. BWC – Circle | | | | |
| 403 | C.M. BWC | | | | |
| 404 | N.M. BWC | | | | |
| 405 | R.E. BWC | | | | |
| 406 | A.A. BWC | | | | |
| 407 | Video of BWC (side-by-side) | | | | |
| | RESERVED | | | | |
| **500 SERIES - DOCUMENTS** | | | | | |
| 500 | Head of State Notification | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 501 | Head of State Worksheet | | | | | |
| 502 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | | | | | |
| 503 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | | | | | |
| 504 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 | | | | | |
| 505 | Safeway, Inc. Certificate of Authenticity | | | | | |
| 506 | DC Register with Curfew Order | | | | | |
| 507 | DC Curfew Tweet | | | | | |
| 508 | Mayor Bowser Emergency Alert - DC DHS Tweet.pdf | | | | | |
| 509 | 2National Curfew Text Message (14:28:18 p.m. EST) | | | | | |
| 510 | National Curfew Text Message (19:36:02 p.m. EST) | | | | | |
| 511 | FEMA/DC DHS Certificate of Authenticity | | | | | |
| | RESERVED | | | | | |
| **600 SERIES – DIGITAL DEVICES** | | | | | | |
| 600 | Cellebrite Report of Defendant's Apple iPhone 11 | | | | | |
| | RESERVED | | | | | |

## 700 SERIES – STIPULATIONS

| | | | | | |
|---|---|---|---|---|---|
| 700 | Stipulations of the Parties | | | | |
| | RESERVED | | | | |

## 800 SERIES – PHOTOGRAPHS

| | | | | | |
|---|---|---|---|---|---|
| 800 | access2activism2_27_04 | | | | |
| 801 | At the capitol.JPG | | | | |
| 802 | Salt and Light Brigade Picture | | | | |
| 803 | DSC_0033 | | | | |
| 804 | mountainman_07132022 PAsaltandlight_facebook_truck2 | | | | |
| 805 | mountainman_09212022 PAsaltandlight_facebook_truck2 | | | | |
| 806 | Terry Allen and Son.jpg | | | | |
| 807 | Allen – Flagpole | | | | |
| 808 | Barricade Picture | | | | |
| 809 | Barricade Picture | | | | |
| | RESERVED | | | | |

**900 SERIES – PHYSICAL EVIDENCE**

| | | | | | |
|---|---|---|---|---|---|
| 900 | Trump Flag | | | | |
| 901 | Reinforced Gloves | | | | |
| 902 | "Team Trump" hat | | | | |
| 903 | White Sweatshirt | | | | |
| 904 | Neon Shirt | | | | |
| | RESERVED | | | | |